# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Brown Eyed Girl |
| Line 3 | Writer(s) | Van Morrison |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs Of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 5/2/67 |
| Line 6 | Registration No(s). | Eu 993451 |
| Line 7 | Date(s) of Infringement | 4/10/05 |
| Line 8 | Place of Infringement | Rhino Bar & Grille/Mamba Room |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Down On The Corner |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Fantasy, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 11/17/69 |
| Line 6 | Registration No(s). | Eu 149503 |
| Line 7 | Date(s) of Infringement | 4/9/05 |
| Line 8 | Place of Infringement | Rhino Bar & Grille/Mamba Room |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Get Up I Feel Like Being Like A Sex Machine AKA Get Up I Feel Like Being A Sex Machine |
| Line 3 | Writer(s) | James Brown; Bobby Byrd; Ronald Lenhoff |
| Line 4 | Publisher Plaintiff(s) | Dynatone Publishing Company |
| Line 5 | Date(s) of Registration | 7/9/70 3/13/73 |
| Line 6 | Registration No(s). | Eu 198587 Ep 310534 |
| Line 7 | Date(s) of Infringement | 4/10/05 |
| Line 8 | Place of Infringement | Rhino Bar & Grille/Mamba Room |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Hard To Handle |
| Line 3 | Writer(s) | Alvertis Isbell; Allen Jones; Otis Redding |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 6/13/68 12/13/68 |
| Line 6 | Registration No(s). | Eu 58360 Ep 254414 |
| Line 7 | Date(s) of Infringement | 4/10/05 |
| Line 8 | Place of Infringement | Rhino Bar & Grille/Mamba Room |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Me And Julio Down By The Schoolyard |
| Line 3 | Writer(s) | Paul Simon |
| Line 4 | Publisher Plaintiff(s) | Paul Simon, an individual d/b/a Paul Simon Music |
| Line 5 | Date(s) of Registration | 11/15/71 |
| Line 6 | Registration No(s). | Eu 292677 |
| Line 7 | Date(s) of Infringement | 4/9/05 |
| Line 8 | Place of Infringement | Rhino Bar & Grille/Mamba Room |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Who Do You Love |
| Line 3 | Writer(s) | Ellis McDaniels a/k/a Elias McDaniel |
| Line 4 | Publisher Plaintiff(s) | Arc Music Corp. |
| Line 5 | Date(s) of Registration | 5/8/84 |
| Line 6 | Registration No(s). | RE 205-282 |
| Line 7 | Date(s) of Infringement | 4/10/05 |
| Line 8 | Place of Infringement | Rhino Bar & Grille/Mamba Room |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Be Like That |
| Line 3 | Writer(s) | Chris Henderson; Brad Arnold |
| Line 4 | Publisher Plaintiff(s) | Songs Of Universal, Inc.; Bradley Kirk Arnold, Robert Todd Harrell, Matthew Darrick Roberts and Christopher Lee Henderson, a partnership d/b/a Escatawpa Songs |
| Line 5 | Date(s) of Registration | 5/15/00 |
| Line 6 | Registration No(s). | PA 999-805 |
| Line 7 | Date(s) of Infringement | 4/10/05 |
| Line 8 | Place of Infringement | Rhino Bar & Grille/Mamba Room |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Hit 'Em Up Style a/k/a (Oops) Hit 'Em Style |
| Line 3 | Writer(s) | Dallas Austin |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc.; Darp Music, Inc. d/b/a Cyptron Music |
| Line 5 | Date(s) of Registration | 12/26/01 |
| Line 6 | Registration No(s). | PA 1-069-842 |
| Line 7 | Date(s) of Infringement | 4/22/05 |
| Line 8 | Place of Infringement | Rhino Bar & Grille/Mamba Room |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Good |
| Line 3 | Writer(s) | Kevin Griffin |
| Line 4 | Publisher Plaintiff(s) | Tentative Music, Inc. |
| Line 5 | Date(s) of Registration | 2/26/96 |
| Line 6 | Registration No(s). | PA 779-607 |
| Line 7 | Date(s) of Infringement | 4/9/05 |
| Line 8 | Place of Infringement | Rhino Bar & Grille/Mamba Room |

## FEDERAL RULE 7.1 STATEMENT ATTACHMENT

| | |
|---|---|
| Universal-Songs of Polygram International, Inc. | Vivendi-Universal<br>(Vivendi Company, France)<br>(100% stockholder) |
| Rondor Music International d/b/a Irving Music | The Seagram Company, Ltd.<br>c/o Vivendi Universal, S.A.<br>(100% stockholder) |
| Songs of Universal, Inc. | Vivendi-Universal<br>(Vivendi Company, France)<br>(100% stockholder) |
| EMI Blackwood Music Inc. | EMI Catalogue Partnership<br>(100% stockholder) |