**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

2005

| | | |
|---|---|---|
| **BROADCAST MUSIC, INC., ET AL** | } | |
| **Plaintiffs** | } | |
| **v.** | } | **CA No. 05-380T** |
| **JH ENTERPRISES, INC., d/b/a RHINO BAR & GRILLE/MAMBA ROOM** | } | |
| **Defendants** | } | |

**STIPULATION**

The time within which the defendants are required to answer the complaint is extended to October 28, 2005.

Joseph R. Palumbo, Jr., #0405
Defendant's Attorney
294 Valley Road
Middletown, RI 02842
(401) 846-5200

Elliot A. Salter, #0094
Plaintiff's Attorney
Salter & Michaelson
321 South Main Street
Providence, Rhode Island 02903
(401) 421-3141

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 10/5/05