UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
FEB 03 2006
Property of U.S. District Court
District of Rhode Island

BROADCAST MUSIC, INC., et al,

Plaintiffs,

v.

JH ENTERPRISES, INC. d/b/a RHINO BAR & GRILLE / MAMBA ROOM and JAMES S. HOLMES, Individually,

Defendants.

CA 05 380 T

## STIPULATION OF DISMISSAL

The undersigned attorneys for the respective parties do hereby stipulate that the within action be dismissed, each party to pay their costs.

Dated: January 9, 2006

BROADCAST MUSIC, INC. for itself and its co-Plaintiffs

By: Elliot A. Salter
Elliot A. Salter
Salter & Michaelson
The Heritage Building
321 South Main Street
Providence, RI 02903-7128

Attorney for Plaintiff

ENTER:

Ernest C. Torres
Ernest C. Torres, Chief Judge
Date: Feb 10, 2006

Dated: Dec. 13, 2005

JH ENTERPRISES, INC. d/b/a RHINO BAR & GRILLE / MAMBA ROOM and DAVID TAYLOR, individually

By: ______
Joseph R. Palumbo, Jr.
294 Valley Road
Middletown, RI 02842

Attorney for Defendants